Paul E. Meyer, OSB #901445
COUNTY COUNSEL, DOUGLAS COUNTY
Room 321, Douglas County Courthouse
1036 SE Douglas Avenue
Roseburg, OR  97470
Telephone:  (541) 440-4375
Facsimile:  (541) 440-6021
E-mail:  pemeyer@co.douglas.or.us
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PETER ATTILLA FAMILY OF REMAN and<br>IDA-LEE FAMILY OF REMAN,<br><br>         Plaintiffs,<br><br>     vs.<br><br>DOUGLAS COUNTY, PAUL E. MEYER, and<br>SUSAN ACREE,<br><br>         Defendants. | Case No. 6:12-CV-00730-HO<br><br>NOTICE OF APPEARANCE |

TO:         Peter Attilla and Ida-Lee, Pro Se Plaintiffs
AND TO:     The Clerk of the Court:

   PLEASE TAKE NOTICE that Paul E. Meyer, Douglas County Counsel, without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, herby appears and gives notice of representation of all defendants in the above-entitled action.  Plaintiff is further notified that service of all pleadings, notices, documents, or other papers, except original process, shall be served upon the aforementioned defendants by service upon the undersigned at Douglas County Counsel,

PAGE 1—NOTICE OF APPEARANCE
(g:sheriff:reman notice of appearance)

Room 321 Douglas County Courthouse, 1036 SE Douglas Avenue, Roseburg, OR 97470, (541) 440-4375.

DATED this 2nd day of May, 2012.

    Respectfully submitted,

/s/ Paul E. Meyer
PAUL E. MEYER, OSB #901445
Douglas County Counsel
Room 321, Douglas County Courthouse
1036 SE Douglas Avenue
Roseburg, OR 97470
(541) 440-4375
pemeyer@co.douglas.or.us
Attorney for Defendants

Paul E. Meyer, OSB #901445
COUNTY COUNSEL, DOUGLAS COUNTY
Room 321, Douglas County Courthouse
1036 SE Douglas Avenue
Roseburg, OR  97470
Telephone:  (541) 440-4375
Facsimile:  (541) 440-6021
E-mail:  pemeyer@co.douglas.or.us
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| PETER ATTILLA FAMILY OF REMAN and IDA-LEE FAMILY OF REMAN, <br><br>               Plaintiffs, <br><br>    vs. <br><br> DOUGLAS COUNTY, PAUL E. MEYER, and SUSAN ACREE, <br><br>               Defendants. | Case No. 6:12-CV-00730-HO <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that on the 2nd day of May, 2012, I served a true copy of the NOTICE OF

APPEARANCE, filed with the Court on May 2, 2012, on the following party at the following

address:

    Peter Reman
    PO Box 1048
    1525 Plat I Road
    Sutherlin, OR 97479

PAGE 1—CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE
(G:\Sheriff\Reman Certificate of Service.docx)

by mailing him a true and correct copy thereof, placed in a sealed envelope addressed to him at the address set forth above, and deposited in the U.S. Post Office at Roseburg, Oregon, on said day with postage prepaid.

DATED this 2nd day of May, 2012.

Respectfully submitted,

/s/ Paul E. Meyer
Paul E. Meyer, OSB #901445
Douglas County Counsel
(541) 440-4375
Attorney for Defendants