district court of the United States
district for Eugene                    FILED 01 JUN '12 13:52 USDC-ORE

| | | |
|---|---|---|
| :peter-attilla: family of [reman] | ) | |
| :ida-lee: family of [reman] | ) | Civil Action No: **[6:12-730-HO]** |
| [1525] Plat I , Sutherlin, Oregon [97479] | ) | Oregon Tax Case#: TC 5073 |
| phone#: 971-221-9066 | ) | |
|     Petitioner /Administrator | ) | Date: June 1, 2012 |
| | ) | |
|     Vs | ) | |
| | ) | |
| | ) | Administrative Law Judge |
| DOUGLAS COUNTY(private company) | | |
| Agent/Counsel Paul E. Meyer and | | |
| Agent/Assesor Susan Acree | | |
|     Plaintiffs/ Defendants | | |

## NOTICE/ REQUEST FOR ENTRY OF DEFAULT

Comes now :peter-attilla: family of [reman] and :ida-lee: family of [ reman] and hereby requests the Clerk to enter a default against the Defendants, DOUGLAS COUNTY(private company), Agent/Counsel Paul E. Meyer, *et.al* and Agent/Assesor Susan Acree *et.al* on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend in the **above named case** as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

                                                            Respectfully submitted,

                                                            */s/ :peter-attilla: fam. of [reman]*
                                                                 Petitioners
                                        :peter-attilla: family of [reman] UCC 1-308

Date:  June 1, 2012                         */s/ :ida-lee: fam. of [reman]*
                                                                :ida-lee: family of [reman] UCC 1-308

## PROOF OF SERVICE

Now. Comes the Petitioner/Administrator :ida-lee: family of [reman] to place upon the clerk of courts for the district court of the United States district for Eugene this filing to be placed in a court of record: **THIRD AFFIDAVIT/ NOTICE OF ERRORS ON THE CLERK and DEFENDANTSOBJECTION TO UNAUTHORIZED ACTIVITIES, NOTICE OF IMPROPER VENUE AND JURISDICTION, OBJECTION TO IDENTITY THEFT, FRAUD, PERPETRATION OF FRAUD UPON THE COURT, CASE AND DOCUMENT ALTERATION, FRAUDULANT MISREPRESENTATION OF MOVING PARTIES AND THEIR CASE, OBJECTION TO OBSTRUCTION OF JUSTICE WITH MALICIOUS INTENT NOTICE OF PERJURY AND CONFLICT OF INTEREST... NOTICE/ REQUEST FOR ENTRY OF DEFAULT, AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AND ENTRY OF DEFAULT** on this 1st day, month of June in the year of our Lord 2012AD.

_____  
:ida-lee: family of [reman]

_____  
:peter-attilla: family of [reman]

cc

To: OFFICE OF THE COUNTY COUNSEL **and** To: DOUGLAS Co. ASSESSOR'S OFFICE
    Attn: Agent/Counsel Paul E. Meyer    Attn: Agent/Assessor Susan Acree
    321 Douglas County Courthouse    1036 SE Douglas Ave.
    Roseburg, OR. 97470    Roseburg, Oregon 97470
      CMN: 7010 1870 0003 5861 5714      CMN: 7010 1870 0003 5861 5721