# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**:peter attilla:** family of [reman]
**:ida-lee:** family of [reman]
[1525] Plat I , Sutherlin, Oregon
[97479]
phone#: 971-221-9066,

                    **Plaintiffs,**

              **v.**                                      Civil No. 6:12-cv-00730-HO

**Douglas County, Paul E. Meyer,** Agent/Counsel,
and **Susan Acree,** Agent/Assessor,

                    **Defendants.**
_____

# JUDGMENT

This action is dismissed.

Dated: June 27, 2012

                    MARY L. MORAN, Clerk

            by    s/ J. Wright
               J. Wright, Deputy Clerk