UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER ATTILLA; IDA LEE,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>DOUGLAS COUNTY; PAUL E. MEYER, Agent/Counsel; SUSAN ACREE, Agent/Assessor,<br><br>        Defendants - Appellees. | No. 12-35599<br><br>D.C. No. 6:12-cv-00730-HO<br>U.S. District Court for Oregon, Eugene<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Mon., October 22, 2012**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Mon., November 19, 2012**    Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk