## UNITED STATES DISTRICT COURT

district for Eugene

| | |
|---|---|
| [:peter-attilla: family of [reman]] ) | FALSIFIED CASE # 6:12-CV-00730-HO |
| [:ida-lee:family of [reman] ] ) | [Civil Action No: [6:12-730-HO]] |
| [[1525] Plat I , Sutherlin, Oregon [97479] ] ) | [Oregon Tax Case#: TC 5073] |
| [phone#: 971-221-9066 ] ) | |
| [Petitioner /Administrator] ) | Date: July 24, 2012 |
| ) | |
| Vs ) | |
| ) | |
| ) | Administrative Law Judge |
| DOUGLAS COUNTY(private company) | |
| Agent/Counsel Paul E. Meyer and | |
| Agent/Assesor Susan Acree | |
| Plaintiffs/ Defendants | |

### THIRDAFFIDAVIT/NOTICE OF ERROR ON MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN, NOTICE/ OBJECTION TO MICHAEL R. HOGAN'S [ORDER] dated 7/12/12
#### DEMAND FOR THE EXECUTION OF THE DEFAULT JUDGMENT

Come now the Petitioners, :peter-attilla: family of [reman] and :ida-lee: family of [reman] to bring before the court and request the admission as **EVIDENCE** of this **THIRD AFFIDAVIT /NOTICE OF ERROR ON MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN'S [ORDER] DATED 7/12/12.**

As evidenced by *Exhibit E1*, Michael R. Hogan, has once again assumed authority and jurisdiction not vested in him by law inasmuch as:

1. Michael R. Hogan has committed <u>identity theft</u> by using Petitioners' names or variations thereof in a <u>falsified case title</u> in a court wherein they did not file a case.
2. Michael R. Hogan has once again issued orders in a <u>falsified case number</u> that Petitioners did not commence or consent to its inception,
3. Michael R. Hogan as a magistrate judge in an Article I court has assumed the authority – <u>without the consent of the parties</u>- to rule in a case that was filed and maintained in an Article III court: thus he is in violation of Federal laws.

4.  Michael R. Hogan as a magistrate judge in "UNITED STATES DISTRICT COURT" an Article I court, has assumed the authority -- without the consent of the parties- to rule in a case that was filed and maintained in **"district court of the United States"** an Article III court: thus he is in violation of Federal laws. As a judge in another court Michael R. Hogan has no authority or jurisdiction to rule in Petitioners' case which was very clearly filed and maintained in the **"district court of the United States"**, the jurisdiction thereof having been clearly documented in law in the Original Complaint.

Michael R. Hogan's mental competency and competency in law is once again challenged seeing that he is unable, even after repeated corrections, to grasp the simple concept that the court of his jurisdiction is NOT the court Petitioners have filed their case in. **HE HAS NO RELEVANCE TO PETITIONERS' CASE!!!!**

To further call into question this imposter's meddling, Petitioners wish to address the fact that instead of removing himself from Petitioners' case as he should do by law, Michael R. Hogan has added to his unlawful activities by "construing" Petitioners' **SECOND AFFIDAVIT /NOTICE OF ERROR ON MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN'S [ORDER] DATED 6/27/12** to be a "notice of appeal" and proceeded to order the court clerk to process said documents as such to the Ninth Circuit Court of Appeals; quite neglectful of the fact that he has no authority, no jurisdiction and no consent to do any such thing.(*See Exhibit E2*) Nothing in the documents that Petitioners filed on July 10, 2012 could even remotely be construed as an appeal; if anything it was a rather venomous rebuttal to Michael R. Hogan's billowing audacity, crass incompetence and blatant disregard for law and order; a point blank demand that the imposter mind his own business and cease and desist to obstruct justice by playing the Defendants' Counsel and practicing law while in the position of judge-self proclaimed.

Petitioners **DID NOT** appeal to the Ninth Circuit Court; should they do so in the future it will be in their timing and of their own volition. Should Michael R. Hogan insist on overstepping the bounds of his jurisdiction AGAIN, he will do so at his own expense. **Petitioners have filed in the "district court of the United States", that case number [6:12-730-HO] still stands and is ongoing**. Petitioners are not Moving Parties in the falsified cases perpetrated by Michael R. Hogan and his clerks and forwarded by them to the Ninth Circuit Court bearing as the moving

parties nonexistent entities invented by Defendants and Michael R. Hogan. By <u>misconstruing</u> Petitioners' **SECOND AFFIDAVIT /NOTICE OF ERROR ON MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN'S [ORDER] DATED 6/27/12** to be a "notice of appeal" and then forwarding said misinterpretation and misrepresentation bearing a FALSIFIED CASE TITLE AND CASE NUMBER to the Ninth Circuit Court of appeals, Michael R. Hogan and his clerks are perpetrating fraud on said court. Petitioners have NOT APPEALED to said court.

Michael R. Hogan has committed <u>perjury</u> by misconstruing and vouching for something that is not there.

Michael R. Hogan has committed <u>identity theft</u> by using Petitioners' names and/or falsified variations thereof without their consent in falsified cases he has created without their consent.

Michael R. Hogan has also committed <u>larceny</u> in that he took that which belonged to Petitioners and misconstrued and misrepresented it to his own gain and ends, and with the intent to obstruct and pervert justice and defeat the enforcement of the laws and court orders: "*Revised Statutes of The United States, 1st session, 43 Congress 1873-1874. Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE SEC. 5407. (Conspiracy to defeat enforcement of the laws.) If two or more persons in any State or Territory conspire **<u>for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice</u>** in any State or Territory, with intent to **<u>deny to any citizen the equal protection of the laws, or to injure him or his property</u>** for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1*"

Michael R. Hogan has <u>perpetrated fraud</u> on the Ninth Circuit Court of Appeals by forwarding to them a falsified case using fictitious moving parties. Michael R. Hogan is guilty under *Title 18 USC – Crimes and Criminal Procedure Part I – Crimes Chapter 101 – Records and Reports Section 2071 – Concealment, removal, or mutilation generally...* b) *"Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, **<u>willfully and unlawfully</u>** conceals, removes, mutilates, obliterates, **<u>falsifies</u>**, or destroys the*

*same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States."*

Once again Petitioners DO NOT consent to Michael R. Hogan. He has NO JURISDICTION and NO RELEVANCE to their **case number [6:12-730-HO] filed in the "district court of the United States"**. Michael R. Hogan has no authority to issue orders in said court and he has no authority and no jurisdiction by any stretch of the imagination to misconstrue Petitioners' documents as being anything other than what they are: demands that he abide by the law and keep himself out of Petitioners' way.

The Petitioners Entry of Default Judgment Pkg. and Default Judgment Pkg. are both on file in the **"district court of the United States"**. There is nothing in that court on that Record of case number **[6:12-730-HO]** to indicate that Defendants had responded AT ALL. Petitioners demand that an Article III judge be speedily appointed and the Default Judgment be as speedily EXECUTED AS REQUIRED BY **LAW**!!! AND YES! This is an ORDER, per the Court Clerk's signed Summons also on file and a part of the Evidence! Failure to proceed as demanded indicates that the court is in contempt of its own order! Petitioners demand the honorable execution of the default judgment!

All rights and liberties reserved

:peter- attilla: family of [reman]

:ida-lee: family of [reman]

[1525] Plat I Sutherlin, Oregon [97479]

Sworn to and subscribed before me this 24 day of July ,

OFFICIAL SEAL
DANYAL RHEANN WATKINS
NOTARY PUBLIC - OREGON
COMMISSION NO. 449549
MY COMMISSION EXPIRES MAY 27, 2014

PROOF OF SERVICE

Now come the Petitioners/Administrators, :peter attilla: family of [reman] and :ida-lee: family of [reman] to place upon the clerk of courts for the UNITED STATES DISTRICT COURT district for Eugene this **THIRD AFFIDAVIT/ NOTICE OF ERROR ON MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN, NOTICE/OBJECTION TO MICHAEL R. HOGAN'S [ORDER] dated 7/12/12 , DEMAND FOR THE EXECUTION OF THE DEFAULT JUDGMENT;** filing to be placed in a court of record on this 24th day, month of July in the year of our Lord 2012 AD. A complete copy will be mailed at a later time to the Defendants listed below by means of the accompanying Certified Mail Numbers

_____          _____
:ida-lee: family of [reman]         :peter attilla: family of [reman]


To: OFFICE OF THE COUNTY COUNSEL   *and*   To: DOUGLAS Co. ASSESSOR'S OFFICE
    Attn: Agent/Counsel Paul E. Meyer              Attn: Agent/Assessor Susan Acree
    321 Douglas County Courthouse                   1036 SE Douglas Ave.
    Roseburg, OR. 97470                             Roseburg, Oregon 97470
    CMN: 7010 1870 0003 5861 5783                   CMN: 7010 1870 0003 5861 5790