FILED

UNITED STATES COURT OF APPEALS

AUG 29 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| :PETER ATTILLA: FAMILY OF [REMAN] and :IDA-LEE: FAMILY OF [REMAN],<br><br>　　　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>DOUGLAS COUNTY; et al.,<br><br>　　　　　　Defendants - Appellees. | No. 12-35599<br><br>D.C. No. 6:12-cv-00730-HO<br>District of Oregon,<br>Eugene<br><br>ORDER |

Appellants' August 23, 2012 filing is construed as a motion for voluntary dismissal of this appeal. So construed, the motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　By: Stephanie McMahon
　　　　　　　　　　　　　　　　　Motions Attorney/Deputy Clerk

SM/Pro Se