district court of the United States
district for Eugene

| | |
|---|---|
| :peter-attilla: family of [reman] ) <br> :ida-lee: family of [reman] ) <br> [1525] Plat I, Sutherlin, Oregon [97479] ) <br> Phone#: 971-221-9066 ) <br>     Petitioners /Administrators ) <br> ) <br>     Vs ) <br> ) <br> ) <br> DOUGLAS COUNTY(private company) <br> Agent/Counsel Paul E. Meyer and <br> Agent/Assesor Susan Acree <br>     Plaintiffs/ Defendants | Civil Action No: [6:12-730-HO] <br> Oregon Tax Case#: TC 5073 <br><br> Date: March 28, 2013 <br><br><br> Administrative Law Judge |

## DEMAND TO SHOW CAUSE FOR FAILURE TO RENDER THE DEFAULT JUDGEMENT AND FAILURE TO ANSWER THE CHALLENGE WITH LAW DEMAND TO SHOW CAUSE FOR ALLOWING CONTINUING PLUNDERING AND PRIVATEERING, COERSION AND HARRASMENT

1. Inasmuch as the Defendants named above have failed to respond in timely fashion to the suit against them as evidenced by the Record,

2. Inasmuch as Defendants have failed to render an answer at all in the court wherein this case was filed against them and under the case number named in the heading of this document,

3. Inasmuch as Defendants have failed to render an answer to the challenges brought against their authority to engage in their extortionate, fraudulent activities,

4. Inasmuch as Defendants have failed to render a reasonable answer in law as to their authority to violate the Constitution and the rights of the Petitioners to personal property guarded thereby,

5. Inasmuch as Defendants have filed suit in the OREGON TAX COURT against the Petitioners in this case without first filing a claim with the Department of State in Washington D.C. pursuant to *22 CFR 93.1- 93.2* and notifying the Petitioners of it,

6. Inasmuch as Defendants are a foreign vessel known as DOUGLAS COUNTY a Franchise of the UNITED STATES INC. incorporated within the foreign state known as OREGON a franchise of the UNITED STATES INC, this court, maintains jurisdiction as per *18 USC 81 Piracy and Privateering*, as the foreign vessel, foreign state, known as DOUGLAS COUNTY as Incorporated is currently in the action of plundering, and despoiling by way of document, and Color of Law, maintained within Private Acts, and Acts of Commerce,

7. Inasmuch as Defendants were and actively are engaged in the ongoing crime of Piracy and Privateering as defined in *18 USC § 1659 - Attack to plunder vessel "Whoever, upon the high seas or other waters within the admiralty and maritime jurisdiction of the United States, by surprise or open force, maliciously attacks or sets upon any vessel belonging to another, with an intent unlawfully to plunder the same, or to despoil any owner thereof of any moneys, goods, or merchandise laden on board thereof, shall be fined under this title or imprisoned not more than ten years, or both."*,

8. Inasmuch as Defendants are demanding that Petitioners give them money which there is none of due to the *bankruptcy of 1933 Public Law 1, 48 Stat C1* and the fact that the government at that time had confiscated all the people's wealth,

9. Inasmuch as Defendants are demanding that the Petitioners pay them in Federal Reserve Notes, which Petitioners are not authorized to handle under the *Federal Reserve Act of 1913 § 16: Federal Reserve Notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized,*

Inasmuch as ALL of the above stand against the Defendants in this case,

   a. Petitioners demand that the court show cause for its failure to render a Default Judgment against Defendants.
   b. Petitioners demand that the court show cause for failure to answer in law the challenges offered by Petitioners which the Defendants failed to answer.
   c. Petitioners demand that the court show cause for failure to address the Plundering and Privateering perpetrated by the Defendants against the

       Petitioners.

   d. Petitioners demand that the court show cause for their allowing the fraud and coercion and harassment perpetrated by the Defendants against the Petitioners to continue. *18 USC § 4 - MISPRISION OF FELONY: Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.*

By the way, *Title 28 USC § 1331* says

*The <u>district courts</u> shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.*

This is an Act of Congress as defined under *§ 1343. § 1343.Civil rights and elective franchise (a) The <u>district courts</u> shall have original jurisdiction of any civil action authorized by law to be commenced by any person:*

*(1) To recover damages for injury to their persons and property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in §1985 of Title 42;*

*(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in §1985 of Title 42 which he had knowledge were about to occur and power to prevent;*

*(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;*

     In conclusion, Petitioners demand that the court abide by the laws listed above and fulfill its fiduciary duty toward Petitioners to redress their grievances and put a stop to Defendants' criminal activities .

All rights and liberties reserved

*[signature]*
:peter- attilla: family of [reman]

*[signature]*
:ida-lee: family of [reman]

[1525] Plat I Sutherlin, Oregon [97479]

PROOF OF SERVICE

Now comes the Petitioners/Administrators, :peter attilla: family of [reman] and :ida-lee: family of [reman] to place upon the clerk of courts for the "**district court of the United States**" district for Eugene this filing to be placed in a court of record **DEMAND TO SHOW CAUSE FOR FAILURE TO RENDER THE DEFAULT JUDGEMENT AND FAILURE TO ANSWER THE CHALLENGE WITH LAW**

**DEMAND TO SHOW CAUSE FOR ALLOWING CONTINUING PLUNDERING AND PRIVATEERING, COERSION AND HARRASMENT**

on this 28th day, month of March in the year of our lord 2013AD. A complete copy will also be mailed to the Defendants listed below by means of the accompanying Certified Mail Numbers

_:ida-lee:_
:ida-lee: family of [reman]

_____
:peter attilla: family of [reman]

To: OFFICE OF THE COUNTY COUNSEL  *and*  To: DOUGLAS Co. ASSESSOR'S OFFICE
    Attn: Agent/Counsel Paul E. Meyer     Attn: Agent/Assessor Susan Acree
    321 Douglas County Courthouse     1036 SE Douglas Ave.
    Roseburg, OR. 97470     Roseburg, Oregon 97470
      CMN: 7010 1870 0003 5860 9836       CMN: 7010 1870 0003 5860 9843